United States Court of Appeals

For the Eighth Circuit

_____

No. 22-3361

_____

United States of America

*Plaintiff   Appellee*

v.

Adam Randal Shouse

*Defendant   Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern

_____

Submitted: March 27, 2023
Filed: March 31, 2023
[Unpublished]

_____

Before GRUENDER, STRAS, and KOBES, Circuit Judges.

_____

PER CURIAM.

Adam Shouse appeals after the district court[1] revoked his supervised release
and sentenced him to 12 months in prison, followed by 15 months of supervised

_____

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court
for the Southern District of Iowa.

release. His counsel has moved to withdraw and has filed a brief arguing that the sentence is substantively unreasonable.

After careful review of the record, we conclude that the district court did not abuse its discretion in imposing the revocation sentence. *See United States v. Miller*, 557 F.3d 910, 917-18 (8th Cir. 2009). There is no indication that the district court overlooked a relevant 18 U.S.C. § 3553(a) factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. Larison*, 432 F.3d 921, 923-24 (8th Cir. 2006); *see also United States v. Perkins*, 526 F.3d 1107, 1110 (8th Cir. 2008) (holding that a revocation sentence within the Guidelines range is accorded a presumption of reasonableness on appeal).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____